IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| BRUCKNER TRUCK SALES, INC., BRUCKNER LEASING CO., INC., and AMERICAN RADIO CORPORATION, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 2:20-CV-180-M-BQ |
| HOIST LIFTRUCK MFG, LLC and HOIST MATERIAL HANDLING, INC., | § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Before the Court is Defendants Hoist Liftruck Mfg., LLC's and Hoist Material Handling, Inc.'s Joint Motion to Transfer Venue and Compel Arbitration, or, Alternatively, to Dismiss Plaintiffs' Original Petition, along with their brief and appendix in support. ECF Nos. 9, 10, 11. The United States Magistrate Judge made Findings, Conclusions, and a Recommendation regarding the motion. ECF No. 24. Neither party filed objections, and the Magistrate Judge's recommendation is now ripe for review. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (ECF No. 24), and **GRANTS in part** Defendants' motion. ECF No. 9.

It is therefore **ORDERED** that Defendants' request to transfer the case to the Northern District of Illinois, Eastern Division is **GRANTED**, Defendants' request to compel arbitration is **DENIED without prejudice**, and Defendants' alternative request to dismiss the case with prejudice is **DENIED**.

**SO ORDERED**, this 20th day of November, 2020.

_____
**BARBARA M. G. LYNN**
**CHIEF JUDGE**